```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

PHILLIP HICKS,                       )   3:08-CV-0171-ECR-VPC
                                     )
    Plaintiff,                       )   MINUTES OF THE COURT
                                     )
vs.                                  )   DATE: October 16, 2009
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner, Social Security        )
Administration,                      )
                                     )
    Defendant.                       )
                                     )
_____)

PRESENT:   EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN      Reporter:   NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On September 15, 2009, the Magistrate Judge filed a Report and Recommendation (#20) recommending that Plaintiff's Motion for Reversal and/or Remand (#12) be denied and Defendant's Cross Motion for Summary Judgment (#16) be granted.

    No objections have been filed to the Report and Recommendation (#20), which appears to be well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#20) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Reversal and/or Remand (#12) is **DENIED**. **IT IS FURTHER ORDERED** that Defendant's Cross Motion for Summary Judgment (#16) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                                    LANCE S. WILSON, CLERK
                                                    By       /s/
                                                             Deputy Clerk