AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

MICHAEL HICKS,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: 3:08-cv-00171-ECR-VPC

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

      Defendant.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal and/or Remand (#12) is DENIED.  **IT IS FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment (#16) is GRANTED.

  October 20, 2009                                **LANCE S. WILSON**
                                                             Clerk

                                                            /s/ D. R. Morgan
                                                            Deputy Clerk